UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12794-KHT |
| ALES COLLEDANI ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### CERTIFICATE OF SERVICE

I certify that on May 29, 2024, I served a complete copy of the **AMENDED SCHEDULES A AND B AND NOTICE OF AMENDMENT TO SCHEDULES** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Jeanne Y. Jagow, Esq.
Chapter 7 Trustee
P.O. Box 271088
Littleton, CO 80127


                                              **/s/Vicky Martina**
                                              **Vicky Martina**
                                              **Kutner Brinen Dickey Riley PC**